1  **SAGASER, JONES & HELSLEY**
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California  93717-1632
3  Telephone:  (559) 233-4800
   Facsimile:  (559) 233-9330
4

5  Timothy Jones #119841
   John P. Kinsey #215916
6

7  Attorneys for:  Petitioners Central Green Company; Oak Grove Investors, and Larry L. Freels

8

9                             **UNITED STATES DISTRICT COURT**

10                       **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

11

12 | In the Matter of | Case No.: 1:07-MC-31-SMS |

13 | SAN JOAQUIN RIVER HOLDING CONTRACTS NOS. 3 AND 6 | **STIPULATION AND  ORDER SETTING BRIEFING SCHEDULE ON MOTION TO INTERVENE AND RULE 27 PETITION PERPETUATE TESTIMONY** |

14

15

16 | CENTRAL GREEN COMPANY; OAK GROVE INVESTORS; and LARRY L. FREELS, |

17

18 |         Petitioners,

   | AND
19
   | UNITED STATES BUREAU OF RECLAMATION,
20

21 |         Potentially Adverse Party.

22

23          **WHEREAS** on October 19, 2007, Petitioners Central Green Company, Oak

24 Grove Investors, and Larry L. Freels (collectively "Petitioners") filed their Verified Petition to

25 Perpetuate Testimony pursuant to Rule 27 of the Federal Rules of Civil Procedure (the "Rule

26 27 Petition").

27          **WHEREAS** the Court subsequently scheduled a hearing on the merits of the

28 Rule 27 Petition for December 7, 2007, at 9:30 a.m. in Department 7.

{6043/037/00217742.DOC}                          1

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION TO INTERVENE AND RULE 27
PETITION PERPETUATE TESTIMONY

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS** Chowchilla Water District and Madera County Farm Bureau (the "Applicants") filed their Notice of Intent to File: (1) Motion to Intervene, and (2) Opposition to Petition to Perpetuate Testimony on November 20, 2007.

**WHEREAS** the Respondent the United States Bureau of Reclamation filed its Statement of No Opposition to Petition to Perpetuate Testimony; Request to Attend by Telephone on November 20, 2007.

**WHEREAS**, to accommodate the request of Applicants for additional time to brief the above issues during the holidays, Petitioners rescheduled the hearing on the merits of the Rule 27 Petition for January 18, 2008.

**WHEREAS** the parties wish to modify the hearing dates and briefing schedules for both the Applicants' Motion to Intervene and Applicants' Opposition to Petition to Perpetuate Testimony on November 20, 2007 (if Applicants are provided intervenor status).

**IT IS HEREBY STIPULATED**, by and between the Petitioners, Respondent the United States Bureau of Reclamation, and the Applicants, through their respective counsel, that Court modify the hearing dates for Applicants' Motion to Intervene and the Rule 27 Petition as follows:

1. The Applicants' Motion to Intervene shall be heard on January 18, 2008, at 9:30 in Department 7.

2. Petitioners' Opposition to Applicants' Motion to Intervene shall be filed on or before December 21, 2007.

3. Applicants' Reply Briefing on the Motion to Intervene shall be filed on or before January 9, 2008.

4. The Court shall conduct its hearing on Petitioners' Rule 27 Petition on February 8, 2008, at 9:30 a.m. in Department 7. **COURT is not available and Petition will be heard on February 15, 2008 at 9:30a.m. in Department 7.**

///

///

///

{6043/037/00217742.DOC}   2

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION TO INTERVENE AND RULE 27 PETITION PERPETUATE TESTIMONY

PDF created with pdfFactory trial version www.pdffactory.com

///

5. If the Court affords intervenor status to Applicants, Petitioners shall submit their Reply to Applicants' Opposition to Petition to Perpetuate Testimony on or before January 30, 2008.

DATED: December 4, 2007           SAGASER, JONES & HELSLEY

                                  By   /s/   John P. Kinsey
                                     John P. Kinsey, Attorneys for Petitioners
                                     Central Green Company, Oak Grove
                                     Investors, and Larry L. Freels

DATED: December 4, 2007           FITZGERALD, ABBOTT & BEARDSLEY

                                  By   /s/   Barry H. Epstein
                                     Barry H. Epstein, Attorneys for Chowchilla
                                     Water District and Madera County Farm
                                     Bureau

DATED: December 4, 2007           UNITED STATES ATTORNEY

                                  By   /s/   Yoshinori H.T. Himel
                                     Yoshinori T. Himel, Attorneys for Respondent
                                     the United States Bureau of Reclamation

            IT IS SO ORDERED.

DATED:  12/5/2007                  /s/ Sandra M. Snyder
                                  The Honorable Sandra M. Snyder

{6043/037/00217742.DOC}                    3

PDF created with pdfFactory trial version www.pdffactory.com