**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for: Petitioners Central Green Company; Oak Grove Investors, and Larry L. Freels

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In the Matter of<br><br>SAN JOAQUIN RIVER HOLDING CONTRACTS NOS. 3 AND 6<br><br>---<br><br>CENTRAL GREEN COMPANY; OAK GROVE INVESTORS; and LARRY L. FREELS,<br><br>         Petitioners,<br><br>AND<br><br>UNITED STATES BUREAU OF RECLAMATION,<br><br>         Potentially Adverse Party. | Case No.: 1:07-MC-00031-SMS<br><br>**STIPULATION AND ORDER DISMISSING WITHOUT PREJUDICE VERIFIED PETITION TO PERPETUATE TESTIMONY PURSUANT TO FRCP 27** |

Petitioners Central Green Company, Oak Grove Investors, and Larry L. Freels; Respondent and Potentially Adverse Party the United States Bureau of Reclamation; Applicant Madera Irrigation District; and Applicants Chowchilla Water District and Madera County Farm Bureau, by and through their respective attorneys of record, hereby stipulate and agree that the October 19, 2007, Verified Petition to Perpetuate Testimony pursuant to Rule 27 of the Federal

{6043/037/00219261.DOC}                                         1

PDF created with pdfFactory trial version www.pdffactory.com

Rules of Civil Procedure (the "Rule 27 Petition"), having been previously withdrawn by Petitioners, shall be dismissed without prejudice.

| | |
|---|---|
| DATED: January 23, 2008 | SAGASER, JONES & HELSLEY |
| | By   /s/   John P. Kinsey<br>John P. Kinsey,<br>Attorneys for Petitioners<br>Central Green Company, Oak Grove<br>Investors, and Larry L. Freels |
| DATED: January 18, 2008 | FITZGERALD, ABBOTT & BEARDSLEY |
| | By   /s/   Dawn Newton<br>Dawn Newton,<br>Attorneys for Chowchilla Water<br>District and Madera County Farm Bureau |
| DATED: January 18, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
| | By   /s/   Yoshinori H.T. Himel<br>Yoshinori H. T. Himel<br>Assistant United States Attorney<br>Attorneys for Respondent<br>United States Bureau of Reclamation |
| DATED: January 18, 2008 | STOEL RIVES LLP |
| | By   /s/   Barbara A. Brenner<br>Barbara A. Brenner,<br>Attorneys for Applicant<br>Madera Irrigation District |

## **ORDER**

**IT IS SO ORDERED**. The above-referenced Rule 27 Petition is dismissed without prejudice.

DATED:   1/23/2008          /s/ Sandra M. Snyder
                                             The Honorable Sandra M. Snyder

{6043/037/00219261.DOC}                             2

STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE
VERIFIED PETITION TO PERPETUATE TESTIMONY PURSUANT TO FRCP 27

PDF created with pdfFactory trial version www.pdffactory.com